IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT CAMPIONE,**

    **Plaintiff,**

**v.**                                                       Civil Action No.: 1:20-cv-00031-IMK

**WESTFIELD INSURANCE COMPANY,**

    **Defendant.**

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Robert Campione and Defendant Westfield Insurance Company reached a settlement in the above-captioned matter. A formal settlement agreement will be circulated between the parties for review and approval. Once the formal settlement agreement is executed by the parties, a Stipulation of Dismissal of this Civil Action will be filed.

*Respectfully Submitted by:*

By: /s/ Jon R. Godwin
**Jon R. Godwin (WV Bar No. 12541)**
Colombo Law
341 Chaplin Rd., 2nd Floor
Morgantown, West Virginia 26501
(304) 599-4229
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned, counsel for the Plaintiff, does hereby certify that on the 12th day of May, 2020, he served the foregoing "Notice of Settlement" by depositing a true copy thereof in the United States mail, postage prepaid, addressed as follows:

Daniel J. Twilla, Esquire
Burns White Attorneys at Law
48 26th Street
Pittsburgh, PA 15222
Counsel for Defendant

Matthew G. Breneman, Esquire
W.Va. I.D. 9303
Westfield Insurance Company
310 Grant Street, Suite 3000
Pittsburgh, PA 15219

By: /s/ Jon R. Godwin
**Jon R. Godwin (WV Bar No. 12541)**
Colombo Law
341 Chaplin Rd., 2nd Floor
Morgantown, West Virginia 26501
(304) 599-4229
*Counsel for Plaintiff*