IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ROBERT CAMPIONE, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-00031-IMK |
| WESTFIELD INSURANCE COMPANY, | ) |
|       Defendant. | ) |

**STIPULATION OF DISMISSAL**

The above captioned case having been settled it is hereby stipulated by the parties that this case is dismissed with prejudice.

BY THE COURT:

DATE: _____          _____
                             IRENE M. KEELEY
                             UNITED STATE DISTRICT JUDGE

| | |
|---|---|
| BY: /s/ Mathew G. Breneman<br>Matthew G. Breneman, Esquire<br>W.Va. I.D. No. 9303<br>600 Grant Street, 3300 U. S. Steel Tower<br>Pittsburgh, PA 15219<br>(412) 281-8000<br>*Counsel for Westfield Insurance Company* | BY: /s/ Jon R. Godwin<br>Dino S. Colombo, Esquire<br>W.Va. I.D. No. 5066<br>Jon R. Godwin, Esquire<br>W.Va. I.D. No. 12541<br>Colombo Law<br>341 Chaplin Road, 2nd Floor<br>Morgantown, WV 26501<br>(304) 599-4229<br>*Counsel for Plaintiff* |

| | |
|---|---|
| BY: /s/ Daniel J. Twilla<br>Daniel J. Twilla, Esquire<br>W.Va. I.D. No. 11551<br>Burns White Center<br>48 26th Street<br>Pittsburgh, PA 15222<br>(412) 995-3286<br>*Counsel for Westfield Insurance Company* | |