IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ROBERT CAMPIONE, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-00031-IMK |
| WESTFIELD INSURANCE COMPANY, | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL**

The above captioned case having been settled it is hereby stipulated by the parties that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

BY THE COURT:

DATE: May 12, 2020

_____
IRENE M. KEELEY
UNITED STATE DISTRICT JUDGE

| | |
|---|---|
| BY: /s/ Mathew G. Breneman<br>Matthew G. Breneman, Esquire<br>W.Va. I.D. No. 9303<br>600 Grant Street, 3300 U. S. Steel Tower<br>Pittsburgh, PA 15219<br>(412) 281-8000<br>*Counsel for Westfield Insurance Company* | BY: /s/ Jon R. Godwin<br>Dino S. Colombo, Esquire<br>W.Va. I.D. No. 5066<br>Jon R. Godwin, Esquire<br>W.Va. I.D. No. 12541<br>Colombo Law<br>341 Chaplin Road, 2nd Floor<br>Morgantown, WV 26501<br>(304) 599-4229<br>*Counsel for Plaintiff* |

| | |
|---|---|
| BY: /s/ Daniel J. Twilla<br>Daniel J. Twilla, Esquire<br>W.Va. I.D. No. 11551<br>Burns White Center<br>48 26th Street<br>Pittsburgh, PA 15222<br>(412) 995-3286<br>*Counsel for Westfield Insurance Company* | |